IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-CR-98-D
No. 5:13-CV-858-D

| | |
|---|---|
| BRIAN RASHAD DEBNAM, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Respondent. | ) |

On August 25, 2014, Brian Rashad Debnam, appearing pro se, filed a motion for replacement of documents [D.E. 86]. Debnam requests transcripts pertaining to his case. Although a court reporter transcribed Debnam's arraignment and sentencing, the court reporter did not prepare a transcript. No one ordered one.

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Debnam has failed to show a particularized need for the transcripts in connection with his attempt to convince the United States Court of Appeals for the Fourth Circuit to issue a certificate of appealability concerning this court's order of July 30, 2014, dismissing his section 2255 motion as untimely. See [D.E. 81]. Thus, to the extent Debnam's letter could be construed as a motion to obtain transcripts without charge, the motion is DENIED.

SO ORDERED. This 18 day of December 2014.

JAMES C. DEVER III
Chief United States District Judge