IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-CR-98-D
No. 5:13-CV-858-D
No. 5:16-CV-310-D

| | |
|---|---|
| BRIAN RASHED DEBNAM, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>) | **ORDER** |

The court GRANTS Brian Rashad Debnam's ("Debnam") motion to vacate [D.E. 93] his 198-month sentence and his motion to expedite hearing [D.E. 99]. After the United States Probation Office prepares a new Presentence Investigation Report ("PSR"), the court will hold a new sentencing hearing and resentence Debnam. The court notifies the parties that it is considering an upward departure under U.S.S.G. § 4A1.3. See Fed. R. Crim. P. 32(h); U.S.S.G. § 4A1.3(a)(1).

SO ORDERED. This 4 day of January 2017.

JAMES C. DEVER III
Chief United States District Judge